Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

The People of the State of New York, Respondent, v. Marvin Smith, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

The People of the State of New York, Respondent, v. Howard Stiehler, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

The People of the State of New York, Respondent, v. David Taylor, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

The People of the State of New York, Respondent, v. Jose Antonio Velez, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

The People of the State of New York, Respondent, v. Donald F. Wallace, Appellant.—